**GRANTED.**

*[signature]*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| CHRISTOPHER DAVIDSON, CALEB DOOLEY and BRIAN GENTRY, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | CASE NO. 3:10-cv-00113 |
| | ) | |
| UNITED BENEFITS OF AMERICA, LLC and TIMOTHY THOMAS, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' *EX PARTE* MOTION TO STAY AND INCORPORATED MEMORANDUM

Defendants United Benefits of American, LLC and Timonty Thomas move the Court to stay this action as required by the Court's Order entered in ------------ *v.* ------------- *[Sealed]*, No. 3:10-cv-0733 (USDC MDTN, August 4, 2010 at 10:50 a.m.)(Doc. 3-24 at p. 19 of 60).

August 6, 2010                    Respectfully submitted:

/s/Thomas K. Potter, III
Thomas K. Potter, III, T.A. (TN Bar # 024857)
700 Two American Center
3102 West End Avenue
Nashville, TN 37203
Telephone: (615) 724-3200
Facsimile: (615) 724-3290
tpotter@burr.com