```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

CHRISTOPHER DAVIDSON, CALEB     )
DOOLEY, and BRIAN GENTRY,       )
                                )
       Plaintiffs               )
                                )      No. 3:10-0113
v.                              )      Chief Judge Sharp/Bryant
                                )      **Jury Demand**
UNITED BENEFITS OF AMERICA, LLC,)
and TIMOTHY THOMAS,             )
                                )
       Defendants               )

**TO: THE HONORABLE KEVIN H. SHARP**

### REPORT AND RECOMMENDATION

After no party appeared at a telephone conference scheduled on December 5, 2014, the undersigned Magistrate Judge entered an order to show cause on or before December 15, 2014, why this case should not be dismissed (Docket Entry No. 27). Plaintiffs Davidson, Dooley and Gentry filed their response to this order and stated that they do not oppose dismissal of this action and believed that the case should be dismissed with each party bearing his own costs and fees (Docket Entry No. 28).

For the reasons stated above, the undersigned Magistrate Judge recommends that the complaint in this action be dismissed.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has **14 days** from receipt of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said

objections shall have **14 days** from receipt of any objections filed in this Report in which to file any responses to said objections. Failure to file specific objections within **14 days** of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *Thomas v. Arn*, 474 U.S. 140 106 S. Ct. 466, 88 L.Ed.2d 435 (1985), *Reh'g denied*, 474 U.S. 1111 (1986).

      **ENTER** this 15th day of July, 2015.

                                    /s/ John S. Bryant
                                    JOHN S. BRYANT
                                    United States Magistrate Judge