UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER DAVIDSON, CALEB DOOLEY, and BRIAN GENTRY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BENEFITS OF AMERICA, LLC, and TIMOTHY THOMAS, <br><br> Defendants. | No. 3:10-0113 <br> Judge Sharp |

## ORDER

Magistrate Judge Bryant has issued a Report and Recommendation ("R & R") (Docket No. 29) recommending that this action be dismissed because (1) no one appeared at a scheduled telephone conference; and, (2) in response to a Show Cause Order, Plaintiffs indicated that they did not oppose dismissal of this action. No objections have been filed to the R & R.

Accordingly, the R & R (Docket No. 29) is hereby ACCEPTED and APPROVED and this action is hereby DISMISSED.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE